**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

VERNA M.,

Plaintiff,

v. Case No.: 25cv576 KG/SCY

FRANK J. BISIGNANO, Commissioner
of the Social Security Administration,

Defendant.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's September 24, 2026, Proposed Findings And Recommended Disposition ("PFRD"). Doc. 23. In that PFRD, Judge Yarbrough recommends that the Court grant Plaintiff's Motion to Reverse or Remand, reverse the Commissioner's decision denying benefits, and remand this matter to the Commissioner for further proceedings consistent with the PFRD. *Id.* at 1. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id*. at 20. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 23);
2. The Court GRANTS Plaintiff's motion; and

3. The Court REMANDS this matter to the Commissioner for further proceedings consistent with the PFRD.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.